1454-16210-1502873

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BOBBY COUVILLON,** | * | CIVIL ACTION |
| **TARA INGRAHAM,** | * | |
| | * | NO. 2:26-cv-02038 |
| VERSUS | * | |
| | * | JUDGE: EEF |
| **RANDY SMITH, GREGORY SAURAGE** | * | |
| **TROY SIDER, Interim Sheriff BRET IBERT** | * | |
| | * | MAGISTRATE: JVM |
| * * * * * * * | * | |

**<u>EXPARTE MOTION FOR LEAVE TO FILE INTERVENTION</u>**

**NOW INTO COURT,** through undersigned counsel, comes Allied Trust Insurance Company ("Allied"), who respectfully moves this Court to enter an Order allowing the filing of its Intervention into the above-entitled case under Rule 24 of the Federal Rules of Civil Procedure.

The Complaint was filed by plaintiffs on September 11, 2026. A review of the court docket shows that summons to the defendants were recently issued, and it appears that no defendants have yet filed responsive pleadings. Accordingly, the intervention will not delay the proceedings as they have only recently been started with no scheduling order in place, all for the reasons more fully set forth in the attached Memorandum in Support.

**WHEREFORE**, the premises considered, Defendant, Allied Trust Insurance Company, respectfully moves the Court for leave to file its Claim for Intervention.

**[Signature on following page]**

Respectfully submitted,

*/s/ Donald R. Klotz, Jr.*

ALAN J. YACOUBIAN.(#17213)
DONALD R. KLOTZ, JR. (#20253)
JOHNSON, YACOUBIAN & PAYSSE
701 Poydras Street, Suite 4700
**New Orleans, Louisiana 70139-7708**
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Email: dklotz@jyplawfirm.com
*Attorneys for defendant,*
*Allied Trust Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/Donald R. Klotz, Jr.*