1454-16210-1502873

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BOBBY COUVILLON,**<br>**TARA INGRAHAM,** | *<br>*<br>* | CIVIL ACTION<br><br>NO. 2:26-cv-02038 |
| VERSUS | *<br>* | JUDGE: EEF |
| **RANDY SMITH, GREGORY SAURAGE**<br>**TROY SIDER, Interim Sheriff BRET IBERT** | *<br>*<br>* | <br><br>MAGISTRATE: JVM |
| * * * * * * * | * | |

**ORDER**

Considering the foregoing Motion for Leave to File Complaint for Intervention:

**IT IS HEREBY ORDERED** that the Motion for Leave to File Complaint in Intervention is granted and that the Complaint in Intervention of Allied Trust Insurance Company be filed into the record.

**NEW ORLEANS**, Louisiana, this _______ day of __________________, 2026.

______________________________

**UNITED STATES DISTRICT JUDGE**