ALLIED TRUST

**ALLIED TRUST INSURANCE COMPANY**
4200 West Cypress St
Tampa, FL 33607
Toll-Free: 844-200-2842

October 14, 2026

TROY SIDER
100 Zinnia Drive
Covington, LA 70433-9121

***Sent Via Email Correspondence***
troysider@gmail.com

Re: Allied Trust Policy Number: 1027802
Allied Trust Claim Number: 2611880
Type of Incident: Liability / All Others
Date of Incident: May 29, 2026
Covered Location: 100 Zinnia Drive, Covington, LA 70433-9121
Named Insured: Troy Sider

Dear Troy Sider,

This letter acknowledges receipt of the above-referenced claim which was reported to Allied Trust Insurance Company ("Allied") on October 1, 2026, regarding an incident which allegedly occurred on or around May 29, 2026, at Keith Young's Steakhouse. This claim was reported by you upon receiving notice of a complaint filed in the United States District Court Eastern District of Louisiana. The complaint provided by you is titled Bobby Couvillion, Tara Ingraham v. Randy Smith, Gregory Saurage, Troy Sider, Interim Sheriff Bret Ibert and bears cause number 26-CV-2038.

According to the allegations contained in the Complaint, on May 29, 2026, you were present at Keith Young's Steakhouse in Madisonville, Louisiana, with co-defendants Randy Smith and Gregory Saurage. The Complaint alleges that, during an altercation involving Mr. Smith and Plaintiff Bobby Couvillion, you followed Mr. Smith and used your body in an attempt to prevent bystanders from intervening. The Complaint further alleges that you stepped or stomped on Mr. Couvillion while he was on the floor, leaving boot marks on his arm.

Additionally, the Complaint asserts a cause of action against you and Mr. Saurage for civil conspiracy under Louisiana law, alleging that you conspired with and aided Mr. Smith in intentionally harming Mr. Couvillion.

The purpose of this letter is to inform you that there are questions as to whether or not coverage will apply for any damages claimed as a result of the above incident. Allied is investigating this claim under a full Reservation of Rights under the subject policy. Please be advised that no act or admission by Allied Trust should be deemed a waiver of any rights or obligations under the subject insurance policy or applicable Louisiana law, or estoppel of any claim or defense that Allied Trust may have.

Please be advised that the policy of insurance between you and Allied Trust was issued subject to the terms, conditions, and endorsements contained within the policy number 1027802. Allied Trust

**EXHIBIT "B"**

ALLIED TRUST

**ALLIED TRUST INSURANCE COMPANY**
4200 West Cypress St
Tampa, FL 33607
Toll-Free: 844-200-2842

continues to investigate this claim against you under a full **Reservation of Rights** under the subject policy. Allied Trust has also retained Attorney Erin Berggren, in the defense of the claims against you, subject to a full and complete reservation of rights under the above referenced policy. Their contact information is below:

Attorney Erin Berggren
THE MONSON LAW FIRM, LLC
5 Sanctuary Blvd., Ste. 101
Mandeville, LA 70471
Phone: 985-869-7479
Email: erin@monsonfirm.com

Until further notice, Allied Trust agrees to pay the reasonable and necessary defense costs incurred in connection with the retention of Attorney Erin Berggren. Allied Trust's offer to participate in the reasonable and necessary defense of you should not be deemed or construed as: (1) an acknowledgment that indemnity coverage will be available for this matter; (2) a course of performance; (3) a waiver or limitation by Allied Trust of any of its rights or defenses to coverage, including rights, conditions, or other defenses provided for in the Policy or otherwise available at law or in equity; (4) an expansion of the duties owed by Allied Trust, if any, under the Policy.

This communication should not be construed as a waiver of any Policy provision, term, exclusion, or condition. Moreover, this correspondence is not intended to be, and should not be construed as, a waiver of any of Allied Trust rights and defenses and Allied Trust specifically reserves its rights and defenses under the Policy and applicable law (including estoppel, conditions precedent, and contractual limitations). Finally, this correspondence in no way is an admission of any liability on its insured's part or the part of Allied Trust.

We direct your attention to the following applicable sections of the policy on record, **HOMEOWNERS 3 – SPECIAL FORM, HO 00 03 05 11**,

**AGREEMENT**
We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.
...
**DEFINITIONS**
**...**
**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
**a.** "Bodily injury"; or
**b.** "Property damage".
**...**

**SECTION II – LIABILITY COVERAGES**
**A. Coverage E – Personal Liability**
If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

ALLIED TRUST

**ALLIED TRUST INSURANCE COMPANY**
4200 West Cypress St
Tampa, FL 33607
Toll-Free: 844-200-2842

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and
**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:
**1.** To a person on the "insured location" with the permission of an "insured"; or
**2.** To a person off the "insured location", if the "bodily injury":
**a.** Arises out of a condition on the "insured location" or adjoining; the ways immediately
**b.** Is caused by the activities of an "insured";
**c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or
**d.** Is caused by an animal owned by or in the care of an "insured".

…
**SECTION II – EXCLUSIONS**
…
**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**
Coverages **E** and **F** do not apply to the following:
**1. Expected Or Intended Injury**
"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":
**a.** Is of a different kind, quality or degree than initially expected or intended; or
**b.** Is sustained by a different person, entity or property than initially expected or intended.
However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;
…

*as amended by* **SPECIAL PROVISIONS – LOUISIANA, ALLIED HO3 SP LA 24.08,** which reads in part as follows:
**DEFINITIONS**
…
Definition **B.8**. is deleted and replaced by the following:
**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the term of this policy or any renewal thereafter, in:
**a.** "Bodily injury"; or
**b.** "Property damage".
…

ALLIED TRUST

**ALLIED TRUST INSURANCE COMPANY**
4200 West Cypress St
Tampa, FL 33607
Toll-Free: 844-200-2842

**SECTION II – EXCLUSIONS**
**E. Coverage E – Personal Liability and Coverage F – Medical Payments to Others**
Paragraph **1. Expected Or Intended Injury** is deleted in its entirety and replaced by the following:
**1. Expected Or Intended Injury**
"Bodily injury" or "property damage" with respect to loss:
…
**b.** Caused by a peril other than fire and with respect to all "insureds" covered under this Policy, which is expected or intended by one or more "insureds", even if the "bodily injury" or "property damage":
**(1)** Is of a different kind, quality or degree than initially expected or reasonably intended; or
**(2)** Is sustained by a different person, entity or property than initially expected or reasonably intended.
**(3)** The "insured" person lacks the mental capacity to govern his or her conduct.
However, this Exclusion **E.1.b.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by one or more "insureds" to protect persons or property.

…
The following exclusions are added:
…
**15. Criminal or Illegal Activity**
"Bodily Injury" or "Property Damage caused by or originating from or in connection with any criminal or illegal activity. This exclusion applies whether or not any "insured" is convicted of a crime.
…

**F. Coverage E – Personal Liability**
…
The following paragraph is added to **E.**
All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions during the term of this policy or any renewal thereof, shall be considered to be the result of one "occurrence" regardless of:
**1.** It's nature or circumstance;
**2.** Whether an "occurrence" takes place on an "insured location" or any other location;
**3.** Number of "insureds";
**4.** Number of persons injured; or
**5.** Number of claims made.

***

Based upon the allegations contained in the Complaint, questions exist as to whether the claimed bodily injuries and damages arise from an "occurrence" as defined by the policy and whether coverage may be precluded under the Expected or Intended Injury and Criminal or Illegal Activity exclusions.

Specifically, the Complaint alleges that you used your body to prevent bystanders from intervening during the physical attack on Mr. Couvillion and that you stepped or stomped on Mr. Couvillion

ALLIED TRUST

**ALLIED TRUST INSURANCE COMPANY**
4200 West Cypress St
Tampa, FL 33607
Toll-Free: 844-200-2842

while he was on the floor. The Complaint further alleges that you conspired with and aided Mr. Smith in intentionally harming Mr. Couvillion.

In light of these allegations, Allied Trust will continue to investigate and evaluate the allegations and circumstances surrounding this matter while providing a defense under a full Reservation of Rights. By outlining the aforementioned, Allied Trust does not intend to waive any of their rights or defenses, which they may now have or may discover in the future, under the above policy number. All rights, defenses and privileges afforded to Allied Trust under the policy number, are hereby expressly reserved on their behalf.

If you have any facts or theories, which could support an obligation to provide coverage under the Allied Trust policy for this loss, we urge you to contact us so that we may consider your claim. By agreeing to consider other evidence, Allied Trust does not waive any potential rights or defenses. Please send all relevant claims documentation to the following email address with just your claim number in the subject line: ecook@alliedtrustins.com.

Allied must also inform you that you have the right to hire an attorney at your own expense to defend you for the allegations in the complaint. Additionally, your personal attorney, hired by you, can also defend you on any coverage defenses that Allied may raise. The appointed attorney listed above has no obligation or duty to defend you regarding any coverage defenses. The appointed attorney is strictly being compensated by Allied to defend you against the allegations in the above-entitled complaint.

We are committed to satisfying all of our insureds throughout the claim handling process. Hopefully this letter answers any questions or concerns you may have regarding this claim. If you have any questions, please do not hesitate to contact us.

Sincerely,

*Erika Cook*

Complex Claims Adjuster
Phone #: (813) 419-2054
Email: ecook@alliedtrustins.com