**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BOBBY COUVILLION and TARA INGRAHAM** | * | **CIVIL ACTION NO. 26-2038** |
| | | **JUDGE ELDON E. FALLON** |
| **VERSUS** | * | |
| | | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **RANDY SMITH, ET AL.** | * | |

* * * * * * * *

**ORDER**

Considering the Unopposed Motion for Leave to File Claim of Intervention pursuant to Fed. R. Civ. P. 24 filed by Allied Trust Insurance Company, R. Doc. 8;

**IT IS ORDERED** that the Motion, R. Doc. 8, is **GRANTED**. Allied Trust Insurance Company is hereby included as an intervenor in the above-captioned matter and its Claim for Intervention, R. Doc. 8-5, shall be filed into the record.

New Orleans, Louisiana, this 4th day of November, 2026**.**

Eldon E. Fallon

THE HONORABLE ELDON E. FALLON